# McCARTER & ENGLISH
ATTORNEYS AT LAW



RECEIVED IN THE CHAMBERS OF

OCT 1 4 2008

HON. CLAIRE C. CECCHI

**ORDER ON ORAL MOTION**

<u>**VIA E-FILING AND HAND DELIVERY**</u>

October 10, 2008

Hon. Claire C. Cecchi, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King, Jr. Federal Building and Courthouse
50 Walnut Street
Newark, New Jersey 07102

William J. Heller
Partner
T. 973.639.6973
F. 973.297.3807
wheller@mccarter.com

Re:   *Nycomed GmbH et al. v. Teva Pharmaceuticals USA Inc., et al.*
      <u>Civil Action No. 2:08-cv-02877-JLL-CCC</u>

Dear Magistrate Judge Cecchi:

The parties jointly and respectfully request that the Court enter the following briefing schedules for Plaintiffs' Motion to Stay (Doc. 16) and Defendants' Motion to Consolidate (Doc. 17):

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
T. 973.622.4444
F. 973.624.7070
www.mccarter.com

### Plaintiffs' Motion to Stay (Doc. 16)

| | |
|---|---|
| Defendants' Opposition Brief | October 6, 2008 (*already filed*) |
| Plaintiffs' Reply Brief | October 17, 2008 |
| Status Hearing | October 28, 2008 |

BOSTON

HARTFORD

### Defendants' Motion to Consolidate (Doc. 17)

NEW YORK

| | |
|---|---|
| Plaintiffs' Opposition Brief | October 17, 2008 |
| Defendants' Reply Brief | October 22, 2008 |
| Status Hearing | October 28, 2008 |

NEWARK

PHILADELPHIA

STAMFORD

WILMINGTON

ME1 7782688v.1

Hon. Claire C. Cecchi, U.S.M.J.
October 10, 2008
Page 2

The parties are working towards a potential compromise of the issues raised in these motions. Therefore, the parties request this additional time to possibly resolve those issues amicably.

Respectfully submitted,

*William J. Heller /MA*

William J. Heller

Cc: Counsel of record (via e-mail)

> The briefing schedule set forth above is hereby adopted by the court.

SO ORDERED

*s/Claire C. Cecchi*

Claire C. Cecchi, U.S.M.J.

Date: 10/14/08